Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583-4698
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

JS-6

Attorney for Plaintiff **The Lincoln National Life Insurance Company**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>AURORA BARR and MARCELLA BARR,<br><br>         Defendants. | Case No. CV08-02628 DSF (OPx)<br><br>**STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL** |

Having reviewed the parties' Stipulation and Order for Entry of Judgment in Interpleader and Dismissal, and it appearing that plaintiff Lincoln National Life Insurance Company ("Lincoln National") has brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  Lincoln National properly filed its Complaint in Interpleader herein and that this is a proper cause for interpleader;

2.  By reason of the death of Donald E. Barr (the "Decedent") on or about February 12, 2008, the sum of $35,000.00 (the "Insurance Proceeds") became

payable under Lincoln National's group insurance policy number 000010099428 (the "Policy");

    3.  Defendant Aurora Barr and defendant Marcella Barr each claim all or some portion of the Insurance Proceeds that are payable under the Policy, and no other person or entity has made a claim to those Insurance Proceeds;

    4.  Having deposited the $35,000.00 in Insurance Proceeds, plus interest, with the Clerk of this Court on April 22, 2008, Lincoln National be and hereby is released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy by reason of the death of the Decedent;

    5.  The Clerk of this Court be and hereby is ordered to pay to Aurora Barr the Insurance Proceeds plus any interest earned on the Insurance Proceeds since the date on which Lincoln National deposited them with the Court, from and out of the funds deposited herein, by check made payable to "Aurora Barr" and delivered to Aurora Barr by first class mail to:  56819 Mountain View Trail, Yucca Valley, California  92284;

    6.  Upon the Clerk of the Court's payment of the sum described in paragraph 5, above, this matter will be dismissed and concluded in its entirety, with each party bearing its own attorneys' fees and costs.

DATED:  5/28/08            _____

                            HON. DALE S. FISCHER
                         UNITED STATES DISTRICT JUDGE